UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DION M. BOYD, <br><br> Plaintiff, <br><br> v. <br><br> IVY TECH COMMUNITY COLLEGE, <br><br> Defendant. | Case No. 1:22-cv-00331-HAB-SLC |

## STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO FMLA, ADA, AND ADEA CLAIMS

Plaintiff Dion M. Boyd and Defendant Ivy Tech Community College, by their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a), stipulate and agree to the partial dismissal, with prejudice, of Plaintiff's Complaint, in particular, Plaintiff's claims under the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq*. ("FMLA"), the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*. ("ADA"), and the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621*, et seq*. ("ADEA") (all as amended) against Defendant in their entirety as set forth throughout Plaintiff's Complaint. Each party shall bear her/its own costs, attorneys' fees and expenses.  Plaintiff's other claims remain.

Respectfully submitted, June 2, 2023.

| | |
|---|---|
| /s/ *Christopher C. Myers* (with permission) | /s/ *Cameron D. Ritsema* |
| Christopher C. Myers, Attorney No. 10043-02 | Paul H. Sinclair, Attorney No. 17556-49 |
| 809 South Calhoun Street, Suite 400 | Cameron D. Ritsema, Attorney No. 35347-53 |
| Myers Smith Wallace LLP | ICE MILLER LLP |
| Fort Wayne, IN 46802-2307 | One American Square, Suite 2900 |
| cmyers@myers-law.com | Indianapolis, IN 46282 |
| | Paul.sinclair@icemiller.com |
| | Cameron.ritsema@icemiller.com |
| *Attorney for Plaintiff, Dion M. Boyd* | *Attorneys for Defendant, Ivy Tech Community College* |

2

4859-1918-7303.1