

June 15, 2023

**-FILED-**
JUN 2 0 2023

At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Magistrate Judge Susan L. Collins
1130 E. Ross Adair Courthouse
1300 S. Harrison Street
Fort Wayne, IN  46802

Re:  Mediation of Dion Boyd v. Ivy Tech Community College
U.S. District Court/Northern District of Indiana/Fort Wayne Division
Case Number:  1:22-cv-331

Dear Judge Collins:

I write to advise that mediation occurred in this matter on June 14, 2023.  Settlement was achieved.

Parties and counsel attended via Zoom and participated in good faith.  I believe a fair resolution was achieved.

Many thanks for the opportunity to mediate.

Very truly yours,

*C. Erik Chickedantz*

C. Erik Chickedantz
Attorney – Registered Civil Mediator


THE NATIONAL ACADEMY OF
DISTINGUISHED NEUTRALS

CEC
CC      Christopher C. Myers, Esq.
        Paul H. Sinclair, Esq.
        Cameron D. Ritsema, Esq.

---

**C. Erik Chickedantz**
ATTORNEY

Telephone: 260-348-4389
Facsimile: 260-432-3718
Email: echickadr@gmail.com

Mailing Address
Erik Chickedantz, Mediation, LLC
4916 Christiana Campbell Court
Fort Wayne, Indiana 46804