UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| DION M. BOYD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:22-cv-00331-HAB-SLC |
| v. | ) | |
| | ) | |
| IVY TECH COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF RESOLUTION

The parties, by counsel, hereby provide notice to the court that this matter was resolved at Mediation on June 14, 2023. The parties inform the court that a final Settlement Agreement and Release is being drafted and that dismissal papers will be submitted to the court immediately thereafter. The parties request that the court cancel the hearing presently set for June 21, 2023, at 10:30 a.m.

Respectfully submitted,                                Respectfully submitted,

**MYERS SMITH WALLACE, LLP**                           **ICE MILLER LLP**

*/s/ Christopher C. Myers*                             */s/ Cameron D. Ritsema*
Christopher C. Myers, #10043-02                        Cameron D. Ritsema, #35347-53
809 South Calhoun Street, Suite 400                    One American Square, Suite 2900
Fort Wayne, IN 46802                                   Indianapolis, IN 46282
Telephone:  (260) 424-0600                             Telephone:  (317) 236-2100
Facsimile:  (260) 424-0712                             Facsimile:  (317) 592-5456
E-mail:  cmyers@myers-law.com                          Cameron.Ritsema@icemiller.com
*Counsel for Plaintiff*                                *Counsel for Defendant*