**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| DION M. BOYD, | |
|     Plaintiff, | |
|     v. | Case No. 1:22-cv-00331-HAB-SLC |
| IVY TECH COMMUNITY COLLEGE, | |
|     Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dion M. Boyd and Defendant Ivy Tech Community College, by their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate and agree to the dismissal, with prejudice, of Plaintiff's claims against Defendant in their entirety. Each party shall bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher C. Myers  (with permission)* | /s/ *Cameron D. Ritsema* |
| Christopher C. Myers, Attorney No. 10043-02 | Paul H. Sinclair, Attorney No. 17556-49 |
| 809 South Calhoun Street, Suite 400 | Cameron D. Ritsema, Attorney No. 35347-53 |
| Myers Smith Wallace LLP | ICE MILLER LLP |
| Fort Wayne, IN 46802-2307 | One American Square, Suite 2900 |
| cmyers@myers-law.com | Indianapolis, IN 46282 |
| | Paul.sinclair@icemiller.com |
| *Attorney for Plaintiff, Dion M. Boyd* | Cameron.ritsema@icemiller.com |
| | |
| | *Attorneys for Defendant, Ivy Tech Community College* |

4854-2826-9424.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DION M. BOYD, <br><br> Plaintiff, <br><br> v. <br><br> IVY TECH COMMUNITY COLLEGE, <br><br> Defendant. | Case No. 1:22-cv-00331-HAB-SLC |

## **ORDER**

The Court, having considered the proposed Stipulation for Dismissal with Prejudice filed by the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby ORDERS that this action be DISMISSED WITH PREJUDICE, with each party to bear her/its own costs, attorneys' fees and expenses.

Dated:_____

_____
Judge, United States District Court
Northern District of Indiana
Fort Wayne Division

Copies to:

All counsel of record by operation of the Court's ECF/CM system.